■ In the Matter of JOHN G. BRUMMER, an Attorney, Resignor. [672 NYS2d 274] —Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83). Present—Green, J. P., Pine, Lawton, Hayes and Wisner, JJ. (Filed Mar. 16, 1998.)

■ In the Matter of BARBARA J. DOUGAN, an Attorney, Resignor. [672 NYS2d 276] —Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83). Present—Green, J. P., Pine, Lawton, Hayes and Wisner, JJ. (Filed Mar. 16, 1998.)

■ In the Matter of SHELDON EVANS, an Attorney, Resignor. [672 NYS2d 274] —Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83). Present—Green, J. P., Pine, Lawton, Hayes and Wisner, JJ. (Filed Mar. 16, 1998.)

■ In the Matter of CATHERINE BECKER GOOD, an Attorney, Resignor. [672 NYS2d 277] —Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83). Present—Green, J. P., Pine, Lawton, Hayes and Wisner, JJ. (Filed Mar. 16, 1998.)

■ In the Matter of RICHARD GORDON, an Attorney, Resignor. [672 NYS2d 275] —Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83). Present—Green, J. P., Pine, Lawton, Hayes and Wisner, JJ. (Filed Mar. 16, 1998.)

■ In the Matter of DAVID M. GREENBERG, an Attorney, Resignor. [672 NYS2d 277] —Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83). Present—Green, J. P., Pine, Lawton, Hayes and Wisner, JJ. (Filed Mar. 16, 1998.)

■ In the Matter of RICHARD N. HALE, an Attorney, Resignor. [672 NYS2d 275] —Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83). Present—Green, J. P., Pine, Lawton, Hayes and Wisner, JJ. (Filed Mar. 16, 1998.)

■ In the Matter of LORI J. HOLIK, an Attorney, Resignor. [672 NYS2d 277] —Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83). Present—Green, J. P., Pine, Lawton, Hayes and Wisner, JJ. (Filed Mar. 16, 1998.)